UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br>　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br>　　　　　　　　　Respondents. | Case No. 2:17-cv-00350-MMD-CWH<br><br>ORDER |

Before the Court is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, submitted by James Williams. (ECF No. 1-1.) His application to proceed *in forma pauperis* (ECF No. 1) will be granted. On April 13, 2017, the Court directed Williams to show cause why his petition should not be dismissed for lack of jurisdiction. (ECF No. 3.) The order directed that Williams file his response within thirty (30) days. (*Id.*) The order was served on Williams via U.S. mail at his address of record.

More than the allotted time to respond to this Court's show-cause order has passed, and Williams has failed to respond in any way. Accordingly, this action will be dismissed with prejudice.

It is therefore ordered that the Clerk detach and file the petition (ECF No. 1-1).

It is further ordered that the petition is dismissed with prejudice.

It is further ordered that, to the extent that it is necessary in this procedural context, a certificate of appealability is denied.

It is further ordered that Clerk enter judgment and close this case.

DATED THIS 13th day of October 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE